TIMOTHY COURCHAINE
United States Attorney
District of Arizona
BROCK HEATHCOTE
Assistant U.S. Attorney
Arizona State Bar No.014466
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Email: Brock.Heathcote@usdoj.gov
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penny Lynn McCarthy, | No. CV-25-02005-PHX-ROS(MTM) |
| Plaintiff, | |
| v. | **DEFENDANT UNITED STATES OF AMERICA'S ANSWER** |
| United States of America, et al., | |
| Defendants. | |

Defendant, United States of America, answers Plaintiff's Complaint (Doc. 1) as follows in numbered paragraphs matching the paragraph numbers in the Complaint.

Paragraph 1:

This sentence contains a characterization of the lawsuit and legal conclusions to which an answer is not required. To the extent an answer is required, the Defendant, the United States, denies the allegation.

Paragraph 2:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 3:

Defendant admits that a team of Deputy United States Marshals (DUSMs) went to

3133 W. Christy Drive, Phoenix, Arizona to execute an arrest warrant on a fugitive, Carole Rozak, whom the USMS believed to reside at that address. Defendant is without sufficient information to admit or deny the remainder of the allegations. To the extent an answer is required, Defendant denies the allegations.

Paragraph 4:

Defendant is without sufficient information to admit or deny the allegations. To the extent an answer is required, Defendant denies the allegations.

Paragraph 5:

The Defendant admits that the Plaintiff was handcuffed and patted down or searched by DUSMs on March 5, 2024 at 3313 West Christy Drive, Phoenix; that Plaintiff asked the DUSMs "Do you know who I am?" to which a DUSM initially stated "Carole Rozak"; that following Plaintiff's reply that she was not Carole Rozak, a DUSM stated "Penny McCarthy"; and that the Plaintiff said she has never been Carole Rozak and could prove who she is. The Defendant is without sufficient information to admit or deny the remaining allegation. To the extent a response is required, the Defendant denies the allegation.

Paragraph 6:

Defendant admits that on March 6, 2024, a U.S. Magistrate Judge for the District of Arizona ordered the Plaintiff's release following her initial appearance. Defendant is without sufficient information to admit or deny the remaining allegations. To the extent an answer is required, Defendant denies the allegations.

Paragraph 7:

Defendant is without sufficient information to admit or deny the allegations. To the extent an answer is required, Defendant denies the allegations.

Paragraph 8:

Defendant is without sufficient information to admit or deny the allegations. To the extent an answer is required, Defendant denies the allegations.

Paragraph 9:

This paragraph contains a characterization of the lawsuit and legal conclusions to

which answers are not required. To the extent an answer is required, Defendant denies the allegations.

Paragraph 10:

This paragraph contains a characterization of the lawsuit and legal conclusions to which an answer is not required. To the extent an answer is required, Defendant denies the allegation.

Paragraph 11:

The Defendant admits that the lawsuit purports to assert jurisdiction under *Bivens,* the Federal Tort Claims Act, and "Arizona common law torts." Otherwise, the Defendant denies the allegations.

Paragraph 12:

Plaintiff's allegation regarding the Court's jurisdiction is a legal conclusion to which an answer is not required. To the extent an answer is required, the Defendant admits that this Court has jurisdiction over claims against the United States under 28 U.S.C. § 1331 and § 1346(b). Defendant denies any remaining allegations in this paragraph.

Paragraph 13:

Admits.

Paragraph 14:

Plaintiff's characterization of the administrative process under 28 U.S.C. § 2675(a) is a conclusion of law, not an allegation of fact. Therefore, no response is required. To the extent a response is required, the United States admits that Plaintiff submitted an administrative claim on Standard Form 95 ("SF-95") to USMS that was received on November 26, 2024, and the USMS issued a denial on June 18, 2025.

Paragraph 15:

Defendant admits that venue is proper in the District of Arizona for the alleged events in the complaint. Defendant denies the remaining allegations.

Paragraph 16:

Admits.

Paragraph 17:

Admits.

Paragraph 18:

Defendant, the United States, admits that it is a proper defendant for causes of action brought under the Federal Tort Claims Act but denies that it is an appropriate defendant for any other cause of action that Plaintiff alleges or purports to allege.

Paragraph 19:

Defendant admits that the Six Unnamed Agents were employees of the USMS. The remainder of the paragraph contains a characterization of the lawsuit and a legal conclusion to which an answer is not required. To the extent an answer is required, Defendant denies the allegation.

Paragraph 20:

Defendant admits that the Two Unknown Named Agents of the USMS were employees of the USMS. With respect to the second and third sentences of the paragraph, Defendant denies the allegations. The fourth sentence contains a characterization of the lawsuit and a legal conclusion to which an answer is not required. To the extent an answer is required, Defendant denies the allegation.

Paragraph 21:

Defendant denies the allegations in the first sentence of the paragraph. The second sentence contains a characterization of the lawsuit and legal conclusion to which an answer is not required.  To the extent an answer is required, Defendant denies the allegation.

Paragraph 22:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 23:

Admits.

Paragraph 24:

Defendant is without sufficient information to admit or deny the allegation. To the

extent an answer is required, Defendant denies the allegation.

Paragraph 25:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 26:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 27:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 28:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 29:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 30:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 31:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 32:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 33:

Defendants is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 34:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 35:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 36:

Defendant admits that Plaintiff was wearing shorts, a sleeveless shirt, and footwear, which appear to be slippers, at the time the DUSMs encountered her.

Paragraph 37:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation

Paragraph 38:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 39:

Denies.

Paragraph 40:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 41:

Defendant admits that a team of six DUSMs went to 3133 W. Christy Drive, Phoenix, Arizona to execute an arrest warrant on a fugitive, Carole Rozak, whom the USMS believed to reside at that address. Otherwise, Defendant denies the allegation.

Paragraph 42:

Defendant admits that a team of DUSMs went to 3133 W. Christy Drive, Phoenix, Arizona to execute an arrest warrant on a fugitive, Carole Rozak, whom the USMS believed to reside at that address. Otherwise, Defendant denies the allegation.

Paragraph 43: Defendant admits that a team of DUSMs went to 3133 W. Christy Drive, Phoenix, Arizona to execute an arrest warrant on a fugitive, Carole Rozak, whom the USMS believed to reside at that address. Otherwise, Defendant denies the allegation.

Paragraph 44: Defendant admits that the DUSMs who arrived at 3133 W. Christy Drive saw an individual they believed to be fugitive, Carole Rozak. This woman was the Plaintiff. Otherwise, Defendant denies the allegation.

Paragraph 45:

Denies.

Paragraph 46:

Denies.

Paragraph 47:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 48:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 49:

Defendant admits that on body worn camera footage, an officer can be heard telling Plaintiff to – "Turn around. Turn around from the sound of my voice."  Otherwise, Defendant denies the allegation.

Paragraph 50:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 51:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 52:

Defendant is without sufficient information to admit or deny the allegation. To the

1 extent an answer is required, Defendant denies the allegation.

2       Paragraph 53:

3       Defendant is without sufficient information to admit or deny the allegation. To the

4 extent an answer is required, Defendant denies the allegation.

5       Paragraph 54:

6       Defendant is without sufficient information to admit or deny the allegation. To the

7 extent an answer is required, Defendant denies the allegation.

8       Paragraph 55:

9       Defendant is without sufficient information to admit or deny the allegation. To the

10 extent an answer is required, Defendant denies the allegation.

11       Paragraph 56:

12       Defendant is without sufficient information to admit or deny the allegation. To the

13 extent an answer is required, Defendant denies the allegation.

14       Paragraph 57:

15       Admits.

16       Paragraph 58:

17       Defendant is without sufficient information to admit or deny the allegation. To the

18 extent an answer is required, Defendant denies the allegation.

19       Paragraph 59:

20       Defendant admits that a DUSM stated: "Turn away or you're going to get hit."

21 Defendant is without sufficient information to admit or deny the remainder of the

22 allegation. To the extent an answer is required, Defendant denies the allegation.

23       Paragraph 60:

24       Denies.

25       Paragraph 61:

26       Denies.

27       Paragraph 62:

28       Defendant is without sufficient information to admit or deny the allegation. To the

1    extent an answer is required, Defendant denies the allegation.

2    Paragraph 63:

3    Denies.

4    Paragraph 64:

5    Defendant admits that Plaintiff asked: "Don't you want to confirm who I am?"

6    Defendant denies the remainder of the allegation.

7    Paragraph 65:

8    Defendant admits that a DUSM told Plaintiff to put her hands behind her back and

9    stated, "We'll discuss this later." Defendant is without sufficient information to admit or

10   deny the remainder of the allegation. To the extent an answer is required, Defendant denies

11   the allegation.

12   Paragraph 66:

13   Denies.

14   Paragraph 67:

15   Denies.

16   Paragraph 68:

17   Defendant is without sufficient information to admit or deny the allegation. To the

18   extent an answer is required, Defendant denies the allegation.

19   Paragraph 69:

20   Defendant is without sufficient information to admit or deny the allegation. To the

21   extent an answer is required, Defendant denies the allegation.

22   Paragraph 70:

23   Defendant is without sufficient information to admit or deny the allegation. To the

24   extent an answer is required, Defendant denies the allegation.

25   Paragraph 71:

26   Admits.

27   Paragraph 72:

28   Defendant admits that on body worn camera footage a DUSM told Plaintiff to stop

1    moving and stop looking back. Otherwise, Defendant denies the allegation.

2          Paragraph 73:

3          Defendant admits that on body worn camera footage a DUSM told Plaintiff again

4    to stop looking back. Otherwise, Defendant denies the allegation.

5          Paragraph 74:

6          Defendant admits that on body worn camera footage Plaintiff asked: "Can you prove

7    you're the police." Otherwise, Defendant denies the allegation.

8          Paragraph 75:

9          Defendant admits that on body worn camera footage an officer stated "Ma'am. You

10   can see that we're the police." Otherwise, Defendant denies the allegation.

11         Paragraph 76:

12         Admits.

13         Paragraph 77:

14         Defendant admits that body worn camera footage shows DUSMs wearing T-shirts,

15   jeans or shorts, and tactical vests. Otherwise, Defendant denies the allegation.

16         Paragraph 78:

17         Defendant admits that body worn camera footage shows that the DUSMs wore

18   tactical vests worn over their clothing.

19         Paragraph 79:

20         Defendant is without sufficient information to admit or deny the allegation. To the

21   extent an answer is required, Defendant denies the allegation.

22         Paragraph 80:

23         Defendant is without sufficient information to admit or deny the allegation. To the

24   extent an answer is required, Defendant denies the allegation.

25         Paragraph 81:

26         Denies.

27         Paragraph 82:

28         Defendant is without sufficient information to admit or deny the allegation. To the

- 10 -

1  extent an answer is required, Defendant denies the allegation.

2     Paragraph 83:

3     Defendant is without sufficient information to admit or deny the allegation. To the

4  extent an answer is required, Defendant denies the allegation.

5     Paragraph 84:

6     On body worn camera footage, Defendant admits that an officer said to Plaintiff-

7  "Ma'am, you turn around again, you are going to get tased."  Otherwise, Defendant denies

8  the allegations.

9     Paragraph 85:

10    Denies.

11    Paragraph 86:

12    Defendant is without sufficient information to admit or deny the allegation. To the

13  extent an answer is required, Defendant denies the allegation.

14    Paragraph 87:

15    Defendant is without sufficient information to admit or deny the allegation. To the

16  extent an answer is required, Defendant denies the allegation.

17    Paragraph 88:

18    Defendant admits that the Plaintiff was handcuffed. Defendant is without sufficient

19  information to admit or deny the remainder of the allegation. To the extent an answer is

20  required, Defendant denies the allegation.

21    Paragraph 89:

22    Defendant admits that on body worn camera footage, the following statement was

23  made during the encounter: "if you are going to take me somewhere, can I like,

24  [unintelligible]" Defendant is without sufficient information to admit or deny the remainder

25  of the allegation. To the extent an answer is required, Defendant denies the allegation.

26    Paragraph 90:

27    Defendant admits that on body worn camera footage, the following statement was

28  made by the Plaintiff during the encounter: "There's no one in there but the dog."

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 91:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 92:

Defendant admits that on body worn camera footage, the following statement was made during the encounter: "Can I like fix him." Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 93:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 94:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 95:

Denies.

Paragraph 96:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 97:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 98:

Admits.

Paragraph 99:

Admits.

Paragraph 100:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 101:

Admits.

Paragraph 102:

Defendant admits that as DUSMs were preparing to place Plaintiff in the back of the vehicle, Plaintiff asked: "Hey, do you know who I am?" Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 103:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 104:

Admits.

Paragraph 105:

Admits.

Paragraph 106:

Admits.

Paragraph 107:

Admits.

Paragraph 108:

Defendant admits that on body worn camera footage, the following statement was made by Plaintiff, "Yes, I have never been Carole Rozak, and I can prove who I am."

Paragraph 109:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 110:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 111:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 112:

Defendant admits Plaintiff was placed in the vehicle. Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 113:

Defendant admits that on body worn camera footage, the following statement was made during the encounter: "You promise you're going to let me take care of my dog?" Otherwise, Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 114:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 115:

Defendant admits that on body worn camera footage, the following statement was made: "What about my dog? Please let me lock my door and get my keys . . . hello?"

Paragraph 116:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 117:

Defendant admits that on body worn camera footage, the following statement was made: "What about my dog? Please let me lock my door and get my keys . . . hello?" Otherwise, Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 118:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 119:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 120:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 121:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 122:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 123:

Admits.

Paragraph 124:

Defendant admits that DUSMs did not allow Plaintiff to retrieve her keys. Defendant is without sufficient information to admit or deny the remaining allegations. To the extent an answer is required, Defendant denies the remaining allegations.

Paragraph 125:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 126:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 127:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 128:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 129:

Admits.

Paragraph 130:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 131:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 132:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, the Defendant denies the allegation.

Paragraph 133:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 134:

Defendant admits that the officers who went to the address to execute the arrest of the fugitive were sworn DUSMs. Defendant otherwise denies the allegation.

Paragraph 135:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, the Defendant denies the allegation.

Paragraph 136:

Admits.

Paragraph 137:

Defendant admits that the DUSMs were executing a federal arrest warrant issued by the U.S. District Court for the Northern District of Oklahoma for violation of federal supervised release. Otherwise, the Defendant denies the allegation.

Paragraph 138:

Denies.

Paragraph 139:

Denies.

Paragraph 140:

Defendant admits that Plaintiff was placed in a white vehicle. Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the remainder of the allegation.

Paragraph 141:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 142:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 143:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 144:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 145:

Denies.

Paragraph 146:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 147:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 148:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 149:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 150:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 151:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 152:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 153:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 154:

Admits.

Paragraph 155:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 156:

Admits.

Paragraph 157:

Admits.

Paragraph 158:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 159:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 160:

Admits.

Paragraph 161:

Admits.

Paragraph 162:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 163:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 164:

Denies.

Paragraph 165:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 166:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 167:

Defendant is without sufficient information to admit or deny the allegation. To the

extent an answer is required, Defendant denies the allegation.

Paragraph 168:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 169:

Denies.

Paragraph 170:

Defendant is without sufficient information to admit or deny whether someone told Plaintiff her fingerprints matched Carole Rozak's. To the extent an answer is required, Defendant denies the allegation.

Paragraph 171:

Denies.

Paragraph 172:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 173:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 174:

Denies.

Paragraph 175:

Denies.

Paragraph 176:

Denies.

Paragraph 177:

Denies.

Paragraph 178:

Defendant is without sufficient information to admit or deny the allegation. To the

extent an answer is required, Defendant denies the allegation.

Paragraph 179:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 180:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 181:

Denies.

Paragraph 182:

Defendant admits that a photograph of Plaintiff's tattoo was taken. Defendant denies the remainder of the allegation.

Paragraph 183:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 184:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 185:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 186:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 187:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 188:

1    Defendant is without sufficient information to admit or deny the allegation. To the

2    extent an answer is required, Defendant denies the allegation.

3    Paragraph 189:

4    Defendant is without sufficient information to admit or deny the allegation. To the

5    extent an answer is required, Defendant denies the allegation.

6    Paragraph 190:

7    Defendant is without sufficient information to admit or deny the allegation. To the

8    extent an answer is required, Defendant denies the allegation.

9    Paragraph 191:

10    Defendant is without sufficient information to admit or deny the allegation. To the

11    extent an answer is required, Defendant denies the allegation.

12    Paragraph 192:

13    Defendant is without sufficient information to admit or deny the allegation. To the

14    extent an answer is required, Defendant denies the allegation.

15    Paragraph 193:

16    Defendant is without sufficient information to admit or deny the allegation. To the

17    extent an answer is required, Defendant denies the allegation.

18    Paragraph 194:

19    Defendant is without sufficient information to admit or deny the allegation. To the

20    extent an answer is required, Defendant denies the allegation.

21    Paragraph 195:

22    Defendant is without sufficient information to admit or deny the allegation. To the

23    extent an answer is required, Defendant denies the allegation.

24    Paragraph 196:

25    Defendant is without sufficient information to admit or deny the allegation. To the

26    extent an answer is required, Defendant denies the allegation.

27    Paragraph 197:

28    Defendant is without sufficient information to admit or deny the allegation. To the

extent an answer is required, Defendant denies the allegation.

Paragraph 198:

Defendant admits that Plaintiff was transported from the Sandra Day O'Connor Federal Courthouse to the CCA Central Arizona Detention Center in Florence, Arizona. Defendant denies the remainder of the allegation.

Paragraph 199:

The paragraph contains a legal conclusion to which a response is not required. To the extent an answer is required, Defendant denies the allegation.

Paragraph 200:

The paragraph contains a legal conclusion to which a response is not required. To the extent a response is required, the Defendant denies the allegation.

Paragraph 201:

The paragraph contains a legal conclusion to which a response is not required. To the extent a response is required, the Defendant denies the allegation.

Paragraph 202:

The paragraph contains a legal conclusion to which a response is not required. To the extent a response is required, the Defendant denies the allegation.

Paragraph 203:

Denies.

Paragraph 204:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 205:

Defendant admits that Plaintiff was transported to a federal detention facility in Florence, Arizona. Defendant is without sufficient information to admit or deny the remainder of the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 206:

1    Defendant is without sufficient information to admit or deny the allegation. To the

2    extent an answer is required, Defendant denies the allegation.

3    Paragraph 207:

4    Defendant is without sufficient information to admit or deny the allegation. To the

5    extent an answer is required, Defendant denies the allegation.

6    Paragraph 208:

7    Defendant is without sufficient information to admit or deny the allegation. To the

8    extent an answer is required, Defendant denies the allegation.

9    Paragraph 209:

10    Defendant is without sufficient information to admit or deny the allegation. To the

11    extent an answer is required, Defendant denies the allegation.

12    Paragraph 210:

13    Defendant is without sufficient information to admit or deny the allegation. To the

14    extent an answer is required, Defendant denies the allegation.

15    Paragraph 211:

16    Defendant is without sufficient information to admit or deny the allegation. To the

17    extent an answer is required, Defendant denies the allegation.

18    Paragraph 212:

19    Defendant is without sufficient information to admit or deny the allegation. To the

20    extent an answer is required, Defendant denies the allegation.

21    Paragraph 213:

22    Defendant is without sufficient information to admit or deny the allegation. To the

23    extent an answer is required, Defendant denies the allegation.

24    Paragraph 214:

25    Defendant is without sufficient information to admit or deny the allegation. To the

26    extent an answer is required, Defendant denies.

27    Paragraph 215:

28    Defendant is without sufficient information to admit or deny the allegation. To the

1    extent an answer is required, Defendant denies the allegation.

2          Paragraph 216:

3          Defendant is without sufficient information to admit or deny the allegation. To the

4    extent an answer is required, Defendant denies the allegation.

5          Paragraph 217:

6          Defendant is without sufficient information to admit or deny the allegation. To the

7    extent an answer is required, Defendant denies the allegation.

8          Paragraph 218:

9          Defendant is without sufficient information to admit or deny the allegation. To the

10    extent an answer is required, Defendant denies the allegation.

11          Paragraph 219:

12          Defendant is without sufficient information to admit or deny the allegation. To the

13    extent an answer is required, Defendant denies the allegation.

14          Paragraph 220:

15          Defendant is without sufficient information to admit or deny the allegation. To the

16    extent an answer is required, Defendant denies the allegation.

17          Paragraph 221:

18          Defendant is without sufficient information to admit or deny the allegation. To the

19    extent an answer is required, Defendant denies the allegation.

20          Paragraph 222:

21          Defendant is without sufficient information to admit or deny the allegation. To the

22    extent an answer is required, Defendant denies the allegation.

23          Paragraph 223:

24          Defendant is without sufficient information to admit or deny the allegation. To the

25    extent an answer is required, Defendant denies the allegation.

26          Paragraph 224:

27          Defendant is without sufficient information to admit or deny the allegation. To the

28    extent an answer is required, Defendant denies the allegation.

1    Paragraph 225:

2    Defendant is without sufficient information to admit or deny the allegation. To the

3    extent an answer is required, Defendant denies the allegation.

4    Paragraph 226:

5    Defendant is without sufficient information to admit or deny the allegation. To the

6    extent an answer is required, Defendant denies the allegation.

7    Paragraph 227:

8    Defendant is without sufficient information to admit or deny the allegation. To the

9    extent an answer is required, Defendant denies the allegation.

10    Paragraph 228:

11    Defendant is without sufficient information to admit or deny the allegation. To the

12    extent an answer is required, Defendant denies the allegation.

13    Paragraph 229:

14    Defendant is without sufficient information to admit or deny the allegation. To the

15    extent an answer is required, Defendant denies the allegation.

16    Paragraph 230:

17    Defendant is without sufficient information to admit or deny the allegation. To the

18    extent an answer is required, Defendant denies the allegation.

19    Paragraph 231:

20    Defendant is without sufficient information to admit or deny the allegation. To the

21    extent an answer is required, Defendant denies the allegation.

22    Paragraph 232:

23    Defendant is without sufficient information to admit or deny the allegation. To the

24    extent an answer is required, Defendant denies the allegation.

25    Paragraph 233:

26    Defendant is without sufficient information to admit or deny the allegation. To the

27    extent an answer is required, Defendant denies the allegation.

28    Paragraph 234:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 235:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 236:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 237:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 238:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 239:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 240:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 241:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 242:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 243:

Defendant is without sufficient information to admit or deny the allegation. To the

1    extent an answer is required, Defendant denies the allegation.

2         Paragraph 244:

3         Defendant is without sufficient information to admit or deny the allegation. To the

4    extent an answer is required, Defendant denies the allegation.

5         Paragraph 245:

6         Defendant is without sufficient information to admit or deny the allegation. To the

7    extent an answer is required, Defendant denies the allegation.

8         Paragraph 246:

9         Defendant is without sufficient information to admit or deny the allegation. To the

10   extent an answer is required, Defendant denies the allegation.

11        Paragraph 247:

12        Defendant is without sufficient information to admit or deny the allegation. To the

13   extent an answer is required, Defendant denies the allegation.

14        Paragraph 248:

15        Defendant is without sufficient information to admit or deny the allegation. To the

16   extent an answer is required, Defendant denies the allegation.

17        Paragraph 249:

18        Defendant is without sufficient information to admit or deny the allegation. To the

19   extent an answer is required, Defendant denies the allegation.

20        Paragraph 250:

21        Defendant is without sufficient information to admit or deny the allegation. To the

22   extent an answer is required, Defendant denies the allegation.

23        Paragraph 251:

24        Defendant is without sufficient information to admit or deny the allegation. To the

25   extent an answer is required, Defendant denies the allegation.

26        Paragraph 252:

27        Defendant is without sufficient information to admit or deny the allegation. To the

28   extent an answer is required, Defendant denies the allegation.

Paragraph 253:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 254:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 255:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 256:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 257:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 258:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 259:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 260:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 261:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 262:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 263:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 264:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 265:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 266:

Defendant admits that according to the court reporter's transcript, ECF No. 10 of Case No. 24-mj-05070, United States District Court, District of Arizona, on March 6, 2024, the initial appearance of Carole Rozak took place. Defendant further admits that the Plaintiff was present for the initial appearance of Carole Rozak.

Paragraph 267:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant admits that Ms. Botello stated the woman standing to her left was named Penny Lynn McCarthy. Defendant otherwise denies the allegation.

Paragraph 268:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant admits the allegation.

Paragraph 269:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant admits the allegation.

Paragraph 270:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

1   Defendant admits the allegation.

2          Paragraph 271:

3          According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

4   Defendant admits the allegation.

5          Paragraph 272:

6          According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

7   Defendant admits the allegation.

8          Paragraph 273:

9          According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

10  Defendant admits the allegation.

11         Paragraph 274:

12         According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

13  Defendant admits the allegation.

14         Paragraph 275:

15         According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

16  Defendant admits the allegation.

17         Paragraph 276:

18         According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

19  Defendant denies that Mr. Rapp referred to the person who had looked at Plaintiff's

20  fingerprints as "the U.S. Marshal." Defendant admits the remainder of the allegation.

21         Paragraph 277:

22         According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

23  Defendant admits the allegation.

24         Paragraph 278:

25         According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

26  Defendant admits the allegation.

27         Paragraph 279:

28         According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

Defendant admits the allegation.

Paragraph 280:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant denies that Mr. Rapp used the term "pre-sentencing." Defendant admits the remainder of the allegation.

Paragraph 281:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant denies that Mr. Rapp used the term "misidentification." Defendant admits the remainder of the allegation.

Paragraph 282:

According to the reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant admits the allegation.

Paragraph 283:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 284:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 285:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 286:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 287:

According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070, Defendant admits the allegation.

Paragraph 288:

1    According to the court reporter's transcript, ECF No. 10 in Case No. 24-mj-05070,

2    Defendant denies that Ms. Botello stated that Plaintiff had family present "who could

3    confirm her identity." Defendant admits the remainder of the allegation.

4    Paragraph 289:

5    Defendant is without sufficient information to admit or deny the allegation. To the

6    extent an answer is required, Defendant denies the allegation.

7    Paragraph 290:

8    Defendant is without sufficient information to admit or deny the allegation. To the

9    extent an answer is required, Defendant denies the allegation.

10    Paragraph 291:

11    Admits.

12    Paragraph 292:

13    Admits.

14    Paragraph 293:

15    Defendant is without sufficient information to admit or deny the allegation. To the

16    extent an answer is required, Defendant denies the allegation.

17    Paragraph 294:

18    Admits.

19    Paragraph 295:

20    Admits.

21    Paragraph 296:

22    Defendant is without sufficient information to admit or deny the allegation. To the

23    extent an answer is required, Defendant denies the allegation.

24    Paragraph 297:

25    Defendant is without sufficient information to admit or deny the allegation. To the

26    extent an answer is required, Defendant denies the allegation.

27    Paragraph 298:

28    Defendant is without sufficient information to admit or deny the allegation. To the

1   extent an answer is required, Defendant denies the allegation.

2       Paragraph 299:

3       Admits.

4       Paragraph 300:

5       Admits.

6       Paragraph 301:

7       Admits.

8       Paragraph 302:

9       Defendant is without sufficient information to admit or deny the allegation. To the

10  extent an answer is required, Defendant denies the allegation.

11      Paragraph 303:

12      Defendant is without sufficient information to admit or deny the allegation. To the

13  extent an answer is required, Defendant denies the allegation.

14      Paragraph 304:

15      Denies.

16      Paragraph 305:

17      Defendant is without sufficient information to admit or deny the allegation. To the

18  extent an answer is required, Defendant denies the allegation.

19      Paragraph 306:

20      Admits.

21      Paragraph 307:

22      Admits.

23      Paragraph 308:

24      Defendant is without sufficient information to admit or deny the allegation. To the

25  extent an answer is required, Defendant denies the allegation.

26      Paragraph 309:

27      Defendant is without sufficient information to admit or deny the allegation. To the

28  extent an answer is required, Defendant denies the allegation.

1    Paragraph 310:

2    Denies.

3    Paragraph 311:

4    Defendant is without sufficient information to admit or deny the allegation. To the

5    extent an answer is required, Defendant denies the allegation.

6    Paragraph 312:

7    Defendant is without sufficient information to admit or deny the allegation. To the

8    extent an answer is required, Defendant denies the allegation.

9    Paragraph 313:

10   Admits.

11   Paragraph 314:

12   Admits.

13   Paragraph 315:

14   Plaintiff's characterization of the administrative process under 28 U.S.C. § 2675(a)

15   contains a legal conclusion to which a response is not required. To the extent a response is

16   required, the Defendant admits that Plaintiff submitted an administrative claim on Standard

17   Form 95 ("SF-95") to the USMS that was received on November 26, 2024, and the USMS

18   issued a formal, written denial of the claim on June 18, 2025.

19   Paragraph 316:

20   Admits.

21   Paragraph 317:

22   Admits.

23   Paragraph 318:

24   Admits.

25   Paragraph 319:

26   Denies. The supervised release petition is a separate docketed entry in Case Nos.

27   97-cr-00180, 98-cr-00022, and 98-cr-00023 (N.D. Okla.).

28   Paragraph 320:

- 35 -

Admits.

Paragraph 321:

Defendant admits that the petition includes certified copies of judgments in three criminal cases that ordered Rozak to report to a probation office and a copy of a letter and envelope. Defendant is without sufficient information to admit or deny the allegation that the letter and envelope were mailed to Rozak's last known address. To the extent an answer is required, Defendant denies the allegation.

Paragraph 322:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 323:

Defendant admits that the judgments attached to the petition indicated that Rozak (named Carole Anne Milligan Rozak in the judgments) had been prosecuted in the United States District Court for the Northern District of Oklahoma. Defendant denies that the judgments were attached to the warrant.

Paragraph 324:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 325:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 326:

Defendant admits that the United States District Court for the Northern District of Oklahoma entered judgments against Rozak for bank fraud, interstate transportation of stolen property and causing a criminal act and making a false statement to a financial institution.  Defendant denies that those judgments were entered on June 19, 1998; they were entered on June 22, 1998.

Paragraph 327:

1    Admits.

2    Paragraph 328:

3    Defendant is without sufficient information to admit or deny the allegation. To the

4    extent an answer is required, Defendant denies the allegation.

5    Paragraph 329:

6    Admits.

7    Paragraph 330:

8    Defendant is without sufficient information to admit or deny the allegation. To the

9    extent an answer is required, Defendant denies the allegation.

10    Paragraph 331:

11    Defendant is without sufficient information to admit or deny the allegation. To the

12    extent an answer is required, Defendant denies the allegation.

13    Paragraph 332:

14    Defendant is without sufficient information to admit or deny the allegation. To the

15    extent an answer is required, Defendant denies the allegation.

16    Paragraph 333:

17    Defendant admits that Rozak failed to report to the United States Probation Office.

18    Defendant is without sufficient information to admit or deny the remaining allegation. To

19    the extent an answer is required, Defendant denies the allegation.

20    Paragraph 334:

21    Denies.  The arrest warrant states: "You are hereby commanded to arrest [the

22    Defendant] and bring him or her, forthwith before the United States District Court to

23    answer charges that he or she violated the conditions of his or her supervision imposed by

24    the Court."

25    Paragraph 335:

26    Defendant is without sufficient information to admit or deny the allegation.  To the

27    extent an answer is required, Defendant denies the allegation.

28    Paragraph 336:

1    Defendant is without sufficient information to admit or deny the allegation. To the

2    extent an answer is required, Defendant denies the allegation.

3    Paragraph 337:

4    Admits.

5    Paragraph 338:

6    Defendant is without sufficient information to admit or deny the allegation. To the

7    extent an answer is required, Defendant denies the allegation.

8    Paragraph 339:

9    Admits.

10    Paragraph 340:

11    Admits.

12    Paragraph 341:

13    Denies.  The letter and envelope attached to the Petition on Supervised Release lists

14    an address in Cambridge, Ontario, Canada as Carole Rozak's mailing address.

15    Paragraph 342:

16    Defendant admits that the letter and envelope referenced in Defendant's response to

17    Paragraph 341 were mailed from the United States Probation Office in Tulsa, Oklahoma.

18    Paragraph 343:

19    Admits.

20    Paragraph 344:

21    Admits.

22    Paragraph 345:

23    Admits.

24    Paragraph 346:

25    Defendant is without sufficient information to admit or deny the allegation. To the

26    extent an answer is required, Defendant denies the allegation.

27    Paragraph 347:

28    Defendant is without sufficient information to admit or deny the allegation. To the

extent an answer is required, Defendant denies the allegation.

Paragraph 348:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 349:

Denies.

Paragraph 350:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 351:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 352:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 353:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 354:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 355:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 356:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 357:

1        Defendant is without sufficient information to admit or deny the allegation. To the

2  extent an answer is required, Defendant denies the allegation.

3        Paragraph 358:

4        Defendant is without sufficient information to admit or deny the allegation. To the

5  extent an answer is required, Defendant denies the allegation.

6        Paragraph 359:

7        Defendant is without sufficient information to admit or deny the allegation. To the

8  extent an answer is required, Defendant denies the allegation.

9        Paragraph 360:

10       Defendant is without sufficient information to admit or deny the allegation. To the

11  extent an answer is required, Defendant denies the allegation.

12       Paragraph 361:

13       Defendant is without sufficient information to admit or deny the allegation. To the

14  extent an answer is required, Defendant denies the allegation.

15       Paragraph 362:

16       Defendant is without sufficient information to admit or deny the allegation. To the

17  extent an answer is required, Defendant denies the allegation.

18       Paragraph 363:

19       Admits.

20       Paragraph 364:

21       Defendant is without sufficient information to admit or deny the allegation. To the

22  extent an answer is required, Defendant denies the allegation.

23       Paragraph 365:

24       Admits.

25       Paragraph 366:

26       Defendant is without sufficient information to admit or deny the allegation. To the

27  extent an answer is required, Defendant denies the allegation.

28       Paragraph 367:

1    Defendant is without sufficient information to admit or deny the allegation. To the

2    extent an answer is required, Defendant denies the allegation.

3    Paragraph 368:

4    Defendant is without sufficient information to admit or deny the allegation. To the

5    extent an answer is required, Defendant denies the allegation.

6    Paragraph 369:

7    Defendant is without sufficient information to admit or deny the allegation. To the

8    extent an answer is required, Defendant denies the allegation.

9    Paragraph 370:

10    Defendant is without sufficient information to admit or deny the allegation. To the

11    extent an answer is required, Defendant denies the allegation.

12    Paragraph 371:

13    Defendant is without sufficient information to admit or deny the allegation. To the

14    extent an answer is required, Defendant denies the allegation.

15    Paragraph 372:

16    Defendant is without sufficient information to admit or deny the allegation. To the

17    extent an answer is required, Defendant denies the allegation.

18    Paragraph 373:

19    Defendant is without sufficient information to admit or deny the allegation. To the

20    extent an answer is required, Defendant denies the allegation.

21    Paragraph 374:

22    Defendant is without sufficient information to admit or deny the allegation. To the

23    extent an answer is required, Defendant denies the allegation.

24    Paragraph 375:

25    Defendant is without sufficient information to admit or deny the allegation. To the

26    extent an answer is required, Defendant denies the allegation.

27    Paragraph 376:

28    Defendant is without sufficient information to admit or deny the allegation. To the

extent an answer is required, Defendant denies the allegation.

Paragraph 377:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 378:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 379:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 380:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 381:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 382:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 383:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 384:

Defendant is without sufficient information to admit or deny. To the extent an answer is required, Defendant denies the allegation.

Paragraph 385:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

1    Paragraph 386:

2    Defendant is without sufficient information to admit or deny the allegation. To the

3    extent an answer is required, Defendant denies the allegation.

4    Paragraph 387:

5    Defendant is without sufficient information to admit or deny the allegation. To the

6    extent an answer is required, Defendant denies the allegation.

7    Paragraph 388:

8    Defendant is without sufficient information to admit or deny the allegation. To the

9    extent an answer is required, Defendant denies the allegation.

10    Paragraph 389:

11    Defendant is without sufficient information to admit or deny the allegation. To the

12    extent an answer is required, Defendant denies the allegation.

13    Paragraph 390:

14    Defendant is without sufficient information to admit or deny the allegation. To the

15    extent an answer is required, Defendant denies the allegation.

16    Paragraph 391:

17    Defendant is without sufficient information to admit or deny the allegation. To the

18    extent an answer is required, Defendant denies the allegation.

19    Paragraph 392:

20    Defendant is without sufficient information to admit or deny the allegation. To the

21    extent an answer is required, Defendant denies the allegation.

22    Paragraph 393:

23    Defendant is without sufficient information to admit or deny the allegation. To the

24    extent an answer is required, Defendant denies the allegation.

25    Paragraph 394:

26    Defendant is without sufficient information to admit or deny the allegation. To the

27    extent an answer is required, Defendant denies the allegation.

28    Paragraph 395:

1   Defendant is without sufficient information to admit or deny the allegation. To the

2   extent an answer is required, Defendant denies the allegation.

3   Paragraph 396:

4   Defendant is without sufficient information to admit or deny the allegation. To the

5   extent an answer is required, Defendant denies the allegation.

6   Paragraph 397:

7   Denies.

8   Paragraph 398:

9   Denies.

10   Paragraph 399:

11   Denies.

12   Paragraph 400:

13   Defendant is without sufficient information to admit or deny the allegation. To the

14   extent an answer is required, Defendant denies the allegation.

15   Paragraph 401:

16   Defendant is without sufficient information to admit or deny the allegation. To the

17   extent an answer is required, Defendant denies the allegation.

18   Paragraph 402:

19   Defendant is without sufficient information to admit or deny the allegation. To the

20   extent an answer is required, Defendant denies the allegation.

21   Paragraph 403:

22   Defendant is without sufficient information to admit or deny the allegation. To the

23   extent an answer is required, Defendant denies the allegation.

24   Paragraph 404:

25   Defendant is without sufficient information to admit or deny the allegation. To the

26   extent an answer is required, Defendant denies the allegation.

27   Paragraph 405:

28   Defendant is without sufficient information to admit or deny the allegation. To the

1   extent an answer is required, Defendant denies the allegation.

2        Paragraph 406:

3        Defendant is without sufficient information to admit or deny the allegation. To the

4   extent an answer is required, Defendant denies the allegation.

5        Paragraph 407:

6        Defendant is without sufficient information to admit or deny the allegation. To the

7   extent an answer is required, Defendant denies the allegation.

8        Paragraph 408:

9        Defendant is without sufficient information to admit or deny the allegation. To the

10  extent an answer is required, Defendant denies the allegation.

11       Paragraph 409:

12       Defendant is without sufficient information to admit or deny the allegation. To the

13  extent an answer is required, Defendant denies the allegation.

14       Paragraph 410:

15       Defendant is without sufficient information to admit or deny the allegation To the

16  extent an answer is required, Defendant denies the allegation.

17       Paragraph 411:

18       Defendant is without sufficient information to admit or deny the allegation. To the

19  extent an answer is required, Defendant denies the allegation.

20       Paragraph 412:

21       Defendant is without sufficient information to admit or deny the allegation. To the

22  extent an answer is required, Defendant denies the allegation.

23       Paragraph 413:

24       Defendant is without sufficient information to admit or deny the allegation. To the

25  extent an answer is required, Defendant denies the allegation.

26       Paragraph 414:

27       Defendant is without sufficient information to admit or deny the allegation. To the

28  extent an answer is required, Defendant denies the allegation.

1  Paragraph 415:

2  Defendant is without sufficient information to admit or deny the allegation. To the

3  extent an answer is required, Defendant denies the allegation.

4  Paragraph 416:

5  Defendant is without sufficient information to admit or deny the allegation. To the

6  extent an answer is required, Defendant denies the allegation.

7  Paragraph 417:

8  Defendant is without sufficient information to admit or deny the allegation. To the

9  extent an answer is required, Defendant denies the allegation.

10  Paragraph 418:

11  Defendant is without sufficient information to admit or deny the allegation. To the

12  extent an answer is required, Defendant denies the allegation.

13  Paragraph 419:

14  Defendant is without sufficient information to admit or deny the allegation. To the

15  extent an answer is required, Defendant denies the allegation.

16  Paragraph 420:

17  Defendant is without sufficient information to admit or deny the allegation. To the

18  extent an answer is required, Defendant denies the allegation

19  Paragraph 421:

20  Defendant is without sufficient information to admit or deny the allegation. To the

21  extent an answer is required, Defendant denies the allegation.

22  Paragraph 422:

23  Defendant is without sufficient information to admit or deny the allegation. To the

24  extent an answer is required, Defendant denies the allegation.

25  Paragraph 423:

26  The paragraph contains a legal conclusion to which a response is not required. To

27  the extent a response is required, Defendant denies the allegation.

28  Paragraph 424:

1    The paragraph contains a legal conclusion to which a response is not required. To

2    the extent a response is required, Defendant denies the allegation.

3    Paragraph 425:

4    The paragraph contains a legal conclusion to which a response is not required. To

5    the extent a response is required, Defendant denies the allegation.

6    Paragraph 426:

7    The paragraph contains a legal conclusion to which a response is not required. To

8    the extent a response is required, Defendant denies the allegation.

9    Paragraph 427:

10   The paragraph contains legal conclusions to which a response is not required. To

11   the extent a response is required, Defendant denies the allegations.

12   Paragraph 428:

13   The paragraph contains a legal conclusion to which a response is not required. To

14   the extent a response is required, Defendant denies the allegation.

15   Paragraph 429:

16   The paragraph contains a legal conclusion to which a response is not required. To

17   the extent a response is required, Defendant denies the allegation.

18   Paragraph 430:

19   The Defendant is without sufficient information to admit or deny the allegation. To

20   the extent an answer is required, Defendant denies the allegation.

21   Paragraph 431:

22   Denies.

23   Paragraph 432:

24   Defendant is without sufficient information to admit or deny the allegation. To the

25   extent an answer is required, Defendant denies the allegation.

26   Paragraph 433:

27   Defendant is without sufficient information to admit or deny the allegation. To the

28   extent an answer is required, Defendant denies the allegation.

Paragraph 434:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 435:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 436:

Denies.

Paragraphs 437:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 438:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 439:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 440:

Denies.

Paragraphs 441:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 442:

The paragraph contains legal conclusions to which a response is not required. To the extent an answer is required, Defendant denies the allegation.

Paragraph 443:

The paragraph contains legal conclusions to which a response is not required.  To the extent an answer is required, Defendant denies the allegation.

Paragraph 444:

The paragraph contains legal conclusions to which a response is not required.  To the extent an answer is required, Defendant denies the allegation.

Paragraph 445:

The paragraph contains legal conclusions to which a response is not required.  To the extent an answer is required, Defendant denies the allegation.

Paragraph 446:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 447:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 448:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 449:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 450:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 451:

The paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 452:

The paragraph contains legal conclusions to which a response is not required.   To the extent a response is required, Defendant denies the allegation.

Paragraph 453:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 454:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 455:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 456:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraphs 457:

The allegation of this paragraph is incomplete and/or inaccurate. As such, Defendant denies it. According to ECF No. 10 at 3:18-20 — the court reporter's transcript of the Plaintiff's March 6, 2024, initial appearance in United States District Court for the District of Arizona in case number 24-mj-05070 — an Assistant United States Attorney made this statement: "She [Plaintiff] doesn't — even if this were the woman that is alleged in the complaint, she doesn't have criminal history, is 25 years old."

Paragraph 458:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 459:

The paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 460:

The paragraph contains legal conclusions to which a response is not required. To the extent an answer is required, Defendant denies the allegation.

Paragraphs 461:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 462:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 463:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 464:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 465:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 466:

Defendant is without sufficient information to admit or deny the allegation. The paragraph also contains a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 467:

Defendant is without sufficient information to admit or deny the allegation. To the extent a respond is required, Defendant denies the allegation.

Paragraph 468:

The paragraph contains a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 469:

The paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.  The Six Unknown Named Agents of the United States Marshals Service — all of whom were DUSMs — had

authority to execute arrest warrants under 28 U.S.C § 566 and 18 U.S.C. § 3053.

Paragraph 470:

The paragraph contains a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraphs 471:

The paragraph contains a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 472:

The paragraph contains a legal conclusion to which a response is not required.   To the extent a response is required, Defendant denies the allegation.

Paragraph 473:

The paragraph contains a legal conclusion to which a response is not required.  To the extent a response is required, Defendant denies the allegation.

Paragraph 474:

Defendant admits that upon her arrest, the Plaintiff was detained against her will. Otherwise, Defendant denies the allegation.

Paragraph 475:

Denies.

Paragraph 476:

Defendant admits that after Plaintiff's arrest, she was in custody for more than 24 hours. Defendant is without sufficient information to admit or deny the remaining allegations. To the extent a response is required, Defendant denies the allegations.

Paragraph 477:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 478:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 479:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 480:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 481:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 482:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 483:

Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 484:

The paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 485:

The paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 486:

The paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.

**Count 1**

Paragraph 487:

Defendant incorporates by reference each of the responses to paragraphs 1 through 486.

Paragraph 488:

Defendant admits that the Plaintiff was handcuffed by DUSMs on March 5, 2024, at 3313 West Christy Drive, Phoenix.  Otherwise, the paragraph contains legal conclusions to which no response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 489:

Denies.

Paragraph 490:

Denies.

Paragraph 491:

Defendant admits that the Plaintiff was detained against her will. Otherwise, Defendant is without sufficient information to admit or deny the allegation. Also, paragraph 491 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

**Count 2**

Paragraph 492:

Defendant incorporates by reference each of the responses to paragraphs 1 through 491.

Paragraph 493:

Defendant admits that the Plaintiff was handcuffed and patted down or searched by DUSMs on March 5, 2024, at 3313 West Christy Drive, Phoenix. Otherwise, Defendant is without sufficient information to admit or deny the allegation. To the extent an answer is required, Defendant denies the allegation.

Paragraph 494:

Denies.

Paragraph 495:

Denies.

Paragraph 496:

1    Denies.

2    **Count 3**

3    Paragraph 497:

4    Defendant incorporates by reference each of the responses to paragraphs 1 through

5    496.

6    Paragraph 498:

7    Defendant admits that on March 5, 2024, Deputy United States Marshals

8    encountered the Plaintiff at 3313 West Christy Drive, Phoenix. Otherwise, Defendant

9    denies the allegation.

10    Paragraph 499:

11    Defendant admits that on March 5, 2024, the Plaintiff was handcuffed by Deputy

12    United States Marshals at 3313 West Christy Drive, Phoenix. Otherwise, Defendant denies

13    the allegation.

14    Paragraph 500:

15    Denies.

16    Paragraph 501:

17    Denies.

18    Paragraph 502:

19    Denies.

20    **Count 4**

21    Paragraph 503:

22    Defendant incorporates by reference each of the responses to paragraphs 1 through

23    502.

24    Paragraph 504:

25    Defendant admits that on March 5, 2024, DUSMs arrested the Plaintiff at 3313 West

26    Christy Drive, Phoenix on an arrest warrant for fugitive Carole Rozak, reasonably

27    believing that Plaintiff was Rozak.  Defendant admits that the Plaintiff was subsequently

28    transported to the United States District Courthouse in Phoenix and thereafter to a detention

facility in Florence.  Further, Defendant admits that on March 6, 2024, the Plaintiff was brought to the United States Courthouse in custody for an initial appearance in a court case involving fugitive Carole Rozak.  Otherwise, Defendant denies the allegation.

Paragraph 505:

Denies.

Paragraph 506:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 507:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation

Paragraph 508:

Denies. The United States Marshals Service had an arrest warrant for Carole Rozak. The DUSMs and employees of the United States Marshals Service reasonably believed that Plaintiff was Rozak and arrested and detained Plaintiff based on that reasonable belief.

Paragraph 509:

Defendant admits that the arrest warrant that DUSMs executed on March 5, 2024, at 3313 West Christy Drive was for "Carole Rozak." The DUSMs reasonably believed that the Plaintiff was Carole Rozak. Defendant otherwise denies the allegation.

Paragraph 510:

Denies.

Paragraph 511:

Denies.

Paragraph 512:

Denies.

**Count 5:**

Paragraph 513:

Defendant incorporates by reference each of the responses to paragraphs 1 through

512.

Paragraph 514:

Denies.

Paragraph 515:

Denies.

Paragraph 516:

Denies.

Paragraph 517:

Denies.

Paragraph 518:

Defendant admits that the Plaintiff was discharged from case number 24-mj-05070, United States District Court, District of Arizona, pursuant to ECF No. 6, an order issued on April 8, 2024, by U.S. Magistrate Judge Alison S. Bachus. Otherwise, Defendant denies the allegation.

Paragraph 519:

Denies.

Paragraph 520:

Defendant admits that in connection with the arrest of the Plaintiff by the United States Marshals Service on March 5, 2024, a case was docketed in the United States District Court, District of Arizona, under case number 24-mj-05070, *United States v. Carole Anne Rozak*. On March 6, 2024, the Plaintiff, who was detained, was brought to the United States District Court under this case number for an initial appearance under Federal Rule of Criminal Procedure 5. The hearing resulted in U.S. Magistrate Judge Deborah M. Fine ordering the release of the Plaintiff from detention upon certain conditions, which are described in ECF No. 4 in case number 24-mj-05070. Otherwise, Defendant denies the allegation.

Paragraph 521:

Defendant admits that the Plaintiff was detained against her will. Otherwise,

Defendant is without sufficient information to admit or deny the allegation. Also, paragraph 521 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

**Count 6**

Paragraph 522:

Defendant incorporates by reference each of the responses to paragraphs 1 through 521.

Paragraph 523:

Defendant admits that employees of the United State Marshals Service are obligated to obey the Constitution and the law of the United States.  Otherwise, the paragraph contains legal conclusions to which a response is not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 524:

Denies.

Paragraph 525:

Denies.

Paragraph 526:

Denies.

Paragraph 527:

Defendant admits that the Plaintiff was detained against her will. Otherwise, Defendant is without sufficient information to admit or deny the allegation. Also, paragraph 527 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

**Count 7**

Paragraph 528:

Defendant incorporates by reference each of the responses to paragraphs 1 through 527.

Paragraph 529:

Admits.

Paragraphs 530:

Denies.

Paragraph 531:

Denies.

Paragraph 532:

Defendant admits that on March 5, 2024, the Plaintiff was arrested by DUSMs at 3313 West Christy Drive, Phoenix because they reasonably believed she was a wanted fugitive, Carole Rozak. Otherwise, Defendant denies the allegation.

Paragraph 533:

Defendant admits that DUSMs conducted a search or pat down of Plaintiff at the time of her arrest at her home. Defendant is without sufficient knowledge about the number of times strip searches may have occurred and how many people may have been present. Therefore, Defendant is without sufficient information to admit or deny the remaining allegations.    To the extent a response is required, Defendant denies the remaining allegations.

Paragraph 534:

Denies.

Paragraph 535:

Denies.

Paragraph 536:

Denies.

Paragraph 537:

Defendant admits that the arrest warrant that DUSMs executed at 3313 West Christy Drive, Phoenix was for "Carole Rozak." Otherwise, Defendant denies the allegation.

Paragraphs 538:

Denies.

Paragraph 539:

1    Denies.

2    Paragraph 540:

3    Defendant admits there were no exigent circumstances connected with the arrest of

4    the Plaintiff. Nevertheless, the DUSMs who arrested Plaintiff had a valid arrest warrant for

5    a wanted fugitive, Carole Rozak, and they reasonably believed that the Plaintiff was the

6    fugitive. Otherwise, Defendant denies the allegation.

7    Paragraph 541:

8    Denies.

9    Paragraph 542:

10    Defendant is without sufficient information to admit or deny the allegation. To the

11    extent a response is required, Defendant denies the allegation.

12    Paragraph 543:

13    Denies.

14    Paragraph 544:

15    This paragraph contains legal conclusions to which responses are not required. To

16    the extent a response is required, Defendant denies the allegation.

17    Paragraph 545:

18    This paragraph contains legal conclusions to which responses are not required. To

19    the extent a response is required, Defendant denies the allegation.

20    Paragraph 546:

21    This paragraph contains legal conclusions to which responses are not required. To

22    the extent a response is required, Defendant denies the allegation.

23    Paragraph 547:

24    This paragraph contains legal conclusions to which responses are not required. To

25    the extent a response is required, Defendant denies the allegation.

26    Paragraph 548:

27    This paragraph contains legal conclusions to which responses are not required. To

28    the extent a response is required, Defendant denies the allegation.

Paragraph 549:

Denies.

Paragraph 550:

Denies.

Paragraph 551:

Defendants who have been identified as "Six Unknown Named Agents of the United States Marshals Service" were DUSMs who were enforcing United States criminal law. Otherwise, Defendant is without sufficient information to admit or deny the allegation. To the extent that a response is required, Defendant denies the allegation.

Paragraphs 552:

Denies.

Paragraph 553:

After the Plaintiff was arrested on March 5, 2024, she was transported to the United States District Courthouse in Phoenix and thereafter transported to a detention facility in Florence.  Otherwise, Defendant denies the allegation.

Paragraph 554:

Admits.

Paragraph 555:

Defendant admits that the Plaintiff was detained against her will. Otherwise, Defendant is without sufficient information to admit or deny the allegation. Also, paragraph 555 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

**Count 8**

Paragraph 556:

Defendant incorporates by reference each of the responses to paragraphs 1 through 555.

Paragraph 557:

Admits.

Paragraph 558:

Denies.

Paragraph 559:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 560:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 561:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 562:

The United States Marshals Service arrested the Plaintiff on an arrest warrant for fugitive, Carole Rozak. The Plaintiff was reasonably believed to be Carole Rozak at the time of the arrest. Therefore, officers or employees of the United States Marshals Service, including the Two Unnamed Agents, had the legal authority to search the Plaintiff on the basis of the arrest. Otherwise, Defendant denies the allegation.

Paragraph 563:

Denies.

Paragraph 564:

Denies.

Paragraph 565:

Denies.

Paragraph 566:

The United States Marshals Service arrested the Plaintiff on an arrest warrant for fugitive, Carole Rozak. The Plaintiff was reasonably believed to be Carole Rozak at the time of the arrest. Thereafter, the United States Marshals Service, including the Two Unnamed Agents, had the legal authority to continue to detain the Plaintiff and incarcerate

her at a federal detention center.  Otherwise, Defendant denies the allegation.

Paragraph 567:

Denies.

Paragraph 568:

Defendant is without sufficient information to admit or deny the allegation. To the extent a response is required, Defendant denies the allegation.

Paragraph 569:

Denies.

Paragraph 570:

This paragraph contains legal conclusions to which responses are not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 571:

This paragraph contains legal conclusions to which responses are not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 572:

This paragraph contains legal conclusions to which responses are not required. To the extent a response is required, Defendant denies the allegation.

Paragraph 573:

Denies.

Paragraph 574:

Denies.

Paragraph 575:

Defendant admits that the Two Unnamed Agents were employees of the USMS enforcing federal law. Defendant otherwise denies the allegation.

Paragraph 576:

Denies.

Paragraph 577:

The Defendant admits that after the Plaintiff was arrested on March 5, 2024, she

was transported to the United States District Courthouse in Phoenix and thereafter was transported to a detention facility in Florence.  Otherwise, Defendant is without sufficient information to admit or deny the allegation about strip searches.  To the extent a response is required, Defendant denies the allegation.

Paragraph 578:

Admits.

Paragraph 579:

Denies.

**Count 9**

Paragraph 580:

Defendant incorporates by reference each of the responses to paragraphs 1 through 579.

Paragraph 581:

Defendant admits that DUSMs and other employees of the United States Marshals Service acted within the scope of their employment. Otherwise, the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegation.

Paragraph 582:

This paragraph contains legal conclusions to which responses are not required. To the extent a response is required, DUSMs and other employees of the United States Marshals Service acted lawfully in performing their duties under federal law.

Paragraphs 583:

Denies.

Paragraph 584:

Denies.

Paragraph 585:

Defendant admits that the Plaintiff was detained against her will. Otherwise, Defendant is without sufficient information to admit or deny the allegation. Also,

paragraph 585 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

Paragraph 586:

Denies.

**<u>Count 10</u>**

Paragraph 587:

Defendant incorporates by reference each of the responses to paragraphs 1 through 586.

Paragraph 588:

The quoted language does not provide a complete recitation of Section 2679(b). For purposes of completeness, 28 U.S.C. § 2679(b) states as follows:

"(b)(1) The remedy against the United States provided by sections 1346(b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred.

(2) Paragraph (1) does not extend or apply to a civil action against an employee of the Government —

(A) which is brought for a violation of the Constitution of the United States, or

(B) which is brought for a violation of a statute of the United States under which such action against an individual is otherwise authorized."

Defendant otherwise denies the allegations in this paragraph.

Paragraph 589:

Defendant admits that several employees of the United States Marshals Service

were involved in the arrest or post-arrest processing of the Plaintiff. Each of these employees acted within the scope of his or her employment. Defendant otherwise denies the allegation.

Paragraph 590:

This paragraph contains legal conclusions to which responses are not required. To the extent a response is required, Defendant denies the allegation.

Paragraphs 591:

Denies.

Paragraph 592:

Denies.

Paragraph 593:

Denies.

Paragraph 594:

Denies.

Paragraph 595:

Denies.

Paragraphs 596:

Denies.

Paragraph 597:

Defendant admits that the Plaintiff was detained against her will. Otherwise, Defendant is without sufficient information to admit or deny the allegation. Also, paragraph 597 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

Paragraph 598:

Denies.

Paragraph 599:

Denies.

Paragraph 600:

Denies.

**Prayer for Relief**

The remainder of the Complaint consists of a Prayer for Relief, as to which no response is required. To the extent that a response is required, Defendant denies each of the prayers for relief.

**Affirmative Defenses**

1.    The Complaint fails to state a claim upon which relief may be granted against Defendant.

2.    Defendant has not waived its immunity for injuries caused by its employees in the performance of discretionary acts.

3.    Defendant properly discharged any duty owed to the Plaintiff and was not the cause in fact or proximate cause of any injury or damage sustained by the Plaintiff.

4.    Plaintiff's recovery for Arizona torts alleged in Counts 1-6, 9, and 10 is barred, limited or subject to Arizona Revised Statutes § 13-413 and other provisions within chapter 13 of the Arizona Revised Statutes — including, but not limited to, § 13-409 and § 13-1303(B)(1).

5.    Plaintiff's recovery, if any, is limited to the amount set forth in the Plaintiff's administrative claims under the Federal Tort Claims Act, pursuant to 28 U.S.C. § 2675(b).

6.    To the extent that Plaintiff's complaint raises causes of action, claims, demands, and/or items of damages that were not asserted in the administrative tort claims presented by Plaintiff to the United States Marshals Service, Plaintiff has failed to exhaust administrative remedies under the Federal Tort Claims Act.

Defendant hereby reserves the right to assert any other defenses not currently known, which it may have or through discovery learn may be applicable.

RESPECTFULLY SUBMITTED March 13, 2026.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Brock Heathcotte*
BROCK HEATHCOTTE
Assistant United States Attorney
*Attorneys for the United States*