**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Penny Lynn McCarthy, | No. CV-25-02005-PHX-ROS (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

The Court having reviewed the Unopposed Motion to Extend Deadline to Answer First Amended Complaint (Doc. 45),

IT IS ORDERED granting the Motion (Doc. 45),

IT IS FURTHER ORDERED that the nine individually-named defendants, United States Marshalls Bresnack, Gumeringer, Koory, Sutton, Williams, Sedia, Contreras, Welch and Hookam file their response to Plaintiff's Amended Complaint (Doc. 26) on or before August 5, 2026.

Dated this 29th day of June, 2026.

Honorable Michael T. Morrissey
United States Magistrate Judge